FILED

17 DEC -1 PM 3:59

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MONTOREY DANYELL HARPER, MONTOREY LLC, | CASE NO. 17-cv-1817-WQH-JMA |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| US, NATO, UN, SAN DIEGO, | |
| Defendants. | |

HAYES, Judge:

On September 7, 2017, Montorey Danyell Harper and Montorey LLC (collectively, "Plaintiffs") initiated this action by filing a Complaint and a Motion to Proceed *in forma pauperis*. (ECF Nos. 1, 2). On October 10, 2017, the Court denied Plaintiffs' Motion to Proceed *in forma pauperis* and ordered the Plaintiffs to either pay the filing fee or submit a more complete motion to proceed *in forma pauperis* within thirty days of the date of the Order. (ECF No. 5). The Court stated that, "[i]f Plaintiffs fail to submit payment or a motion to proceed *in forma pauperis* within thirty days of the date of this Order, the Court will dismiss the case without prejudice." *Id.* The docket reflects that Plaintiffs have neither paid the filing fee nor submitted a second motion to proceed *in forma pauperis*. Accordingly, the Court HEREBY DISMISSES this case without prejudice.

DATED: 12/1/17

WILLIAM Q. HAYES
United States District Judge